IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| VANESSA SPENCE, | : |
| | : |
| Plaintiffs, | : NOTICE OF REMOVAL FROM |
| | : THE CIRCUIT COURT FOR |
| v. | : MONTGOMERY COUNTY, |
| | : MARYLAND |
| WAL-MART STORES EAST, LP, | : CASE NO.: 376456-V |
| d/b/a Wal-Mart | : CIVIL ACTION NO. _____ |
| | : |
| Defendant. | : |

## PETITION FOR REMOVAL

Pursuant to 28 U.S.C., Section 1441(a), the Defendant, Wal-Mart Stores East, LP, d/b/a Wal-Mart, notices the removal of the above-captioned matter to this Honorable Court from the Circuit Court for Montgomery County, Maryland, and as grounds therefor, states as follows:

1. On or about June 24, 2013, the Defendant, Wal-Mart Stores East, LP, d/b/a Wal-Mart, was served with an Amended Complaint in an action commenced by Vanessa Spence in the Circuit Court for Montgomery County, Maryland (Docket No. 376456-V) which for the first time asserted the amount in controversy exceeded $75,000. A true and correct copy of the Amended Complaint is attached hereto as Exhibits A.[1]

2. This Notice of Removal is filed within thirty (30) days of receipt of service by the Defendant of the Amended Complaint and is therefore, is timely filed pursuant to 28 U.S.C., Section 1446(b).

---

[1] The original demand was for $30,000. Copies of the original Complaint and Summons are attached as Exhibits B and C, respectively.

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP

17251 MELFORD BLVD.
SUITE 200
BOWIE, MARYLAND 20715
TELEPHONE: (301) 352-4950
FAX: (301) 352-8691

3930 WALNUT STREET
SUITE 250
FAIRFAX, VIRGINIA 22030
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548

3. Pursuant to the Federal Rules of Civil Procedure, the Defendant filed Notice of Removal with the Circuit Court for Montgomery County, Maryland on June 26, 2013. A copy of Defendant's Notice of Removal is attached hereto and incorporated herein by reference as Exhibit D.

4. In the Amended Circuit Court Complaint, the Plaintiff seeks judgment against this Defendant in the amount "*in excess* of Seventy-Five Thousand Dollars ($75,000.00)" in compensatory damages for the physical injuries of Vanessa Spence (plus costs).[2]

5. At the time of commencement of this action, Plaintiff was and is now a resident of the state of Maryland.

6. At the time of commencement of this action, and at all other times relevant to the subject proceeding, Defendant, Wal-Mart Stores East, LP's principal place of business is Bentonville, Arkansas, and is incorporated in Delaware.

7. As this is a civil action wherein the amount in controversy exceeds $75,000.00, exclusive of interest and costs, this Honorable Court has diversity of jurisdiction over this matter pursuant to 28 U.S.C., Section 1332.

8. The Petitioner presents and files herewith a check in the amount of $400.00 for the filing fee, as required by law.

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP

17251 MELFORD BLVD.
SUITE 200
BOWIE, MARYLAND 20715
TELEPHONE: (301) 352-4950
FAX: (301) 352-8691

3930 WALNUT STREET
SUITE 250
FAIRFAX, VIRGINIA 22030
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548

[2] Emphasis added.

WHEREFORE, the Defendant, Wal-Mart Stores East, LP, d/b/a Wal-Mart respectfully requests to remove this action from the Circuit Court for Montgomery County, Maryland to the United States District Court for the District of Maryland.

Respectfully submitted,

DeCARO, DORAN, SICILIANO,
GALLAGHER & DeBLASIS, LLP

By: _____
Mark A. Kohl, #16890
17251 Melford Boulevard, Suite 200
Bowie, Maryland 20715
(301) 352-4950
(301) 352-8691 - Fax
mkohl@decarodoran.com
**Counsel for Defendant**

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this **26th** day of **June, 2013,** a copy of the foregoing Petition for Removal was mailed, postage prepaid, to:

Gregory S. Emrick, Esquire
Hartel, Kane, DeSantis & Howie, LLP
11720 Beltsville Drive, Suite 500
Beltsville, Maryland 20705
*Counsel for Plaintiff*

_____
Mark A. Kohl, #16890

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP

17251 MELFORD BLVD.
SUITE 200
BOWIE, MARYLAND 20715
TELEPHONE: (301) 352-4950
FAX: (301) 352-8691

3930 WALNUT STREET
SUITE 250
FAIRFAX, VIRGINIA 22030
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548

K:\Common\WP\L1\MAK\Wal-Mart Cases\Spence v. Wal-Mart\Pleadings\PetitionForRemoval.wpd