IN THE DISTRICT COURT FOR MONTGOMERY COUNTY, MARYLAND

VANESSA SPENCE                          :
18330 Streamside Drive                  :
Apartment 101                           :
Gaithersburg, MD 20879                  :
                                        :
        Plaintiff,                      :
                                        :
v.                                      :   Case No.: _____
                                        :
WAL-MART STORES EAST, LP,               :
d/b/a WAL-MART                          :
SERVE: Resident Agent                   :
The Corporation Trust Company           :
351 West Camden Street                  :
Baltimore, MD 21201                     :
                                        :
        Defendant.                      :

## COMPLAINT

COMES NOW the Plaintiff, Vanessa Spence, by counsel, Gregory Emrick, Esquire and the law firm of HARTEL, KANE, DESANTIS & HOWIE, LLP, and sues the Defendant, Wal-mart Stores East, LP, d/b/a Wal-Mart (hereinafter "Wal-mart") for compensatory damages, and in support thereof states as follows:

1. On July 22, 2011, the Plaintiff was a customer and invitee at Wal-mart in Germantown, Maryland.

2. At that time, those premises were owned, managed, maintained, operated, and/or controlled by Defendant.

3. At that time and place, Defendant was on actual and/or constructive notice of an unreasonably dangerous condition constituted by an unidentified liquid located at the cashier area of the store.



HARTEL, KANE,
DESANTIS & HOWIE, LLP
Calverton Office Park
11720 Beltsville Drive, Suite 500
Beltsville, Maryland 20705
Telephone: (301) 486-1200
Facsimile: (301) 486-0935

5924 North 15th Street
Arlington, Virginia 22205

4. At that time and place, Defendant was under a duty to the Plaintiff and others to make safe, or give a proper warning of, any unreasonably dangerous condition of which it had actual or constructive notice, including but not limited to the aforementioned condition.

5. At that time and place, the Defendant breached that duty by failing to make safe, or give a proper warning of, the aforementioned unreasonably dangerous condition of which it had actual or constructive notice.

6. As an actual and proximate result of the Defendant's breach of duty, Plaintiff slipped and fell and suffered significant injury, including injury to her back and neck.

7. That Plaintiff's fall was an actual cause and a proximate cause of physical injury, emotional injury, mental injury, permanent injury, permanent and continuing symptoms, disabilities and limitations, medical expense, loss of income, loss of earning capacity, and disfigurement suffered and incurred by the Plaintiff.

8. At that time and place, the Plaintiff was not contributory negligent.

9. At that time and place, the Plaintiff did not assume the risk of injury or damage.



HARTEL, KANE,
DESANTIS & HOWIE, LLP
Calverton Office Park
11720 Beltsville Drive, Suite 500
Beltsville, Maryland 20705
Telephone: (301) 486-1200
Facsimile: (301) 486-0935

5924 North 15th Street
Arlington, Virginia 22205

WHEREFORE, the Plaintiff, Vanessa Spence, seeks judgment in the Plaintiff's favor and against Defendant, Wal-mart Stores East, LP, d/b/a Wal-Mart, in the amount of Thirty Thousand Dollars ($30,000.00), plus costs.

Respectfully submitted,

Gregory S. Emrick, Esquire
HARTEL, KANE, DESANTIS
& HOWIE, LLP
Calverton Office Park
11720 Beltsville Drive, Suite 500
Beltsville, Maryland 20705
Telephone: (301) 486-1200
Facsimile: (301) 486-0935
Counsel for Plaintiff

E:\GSE\Spence v. Walmart\3.1- Complaint- Slip & Fall.wpd



HARTEL, KANE,
DESANTIS & HOWIE, LLP
Calverton Office Park
11720 Beltsville Drive, Suite 500
Beltsville, Maryland 20705
Telephone: (301) 486-1200
Facsimile: (301) 486-0935

5924 North 15th Street
Arlington, Virginia 22205