## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| VANESSA SPENCE | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | :     **Case No.: 8:13-cv-01895-WGC** |
| | : |
| WAL-MART STORES EAST, LP, | : |
| d/b/a Wal-Mart | : |
| | : |
| Defendant. | : |

## **WAL-MART'S MOTION FOR SUMMARY JUDGMENT**

The Defendant, Wal-Mart Stores East, LP., through counsel and pursuant to Federal Rule of Civil Procedure 56, moves for summary judgment on all claims and states as reasons as follows:

1. The Plaintiff's claim stems from a slip-and-fall at the Germantown, Maryland Wal-Mart.

2. A claimant in a slip-and-fall accident bears the burden of establishing that the store had actual or constructive knowledge of the condition that led to the fall.

3. Here, the Plaintiff cannot marshal sufficient evidence to establish that Wal-Mart's associates had actual or constructive knowledge of the spill that the Plaintiff slipped on.

4. Further, the Plaintiff was herself contributorily negligent because she failed to notice the spill when she should have.

5. The Defendant incorporates herein the Memorandum of Law filed herewith.

Wherefore, the Wal-Mart Stores East, LP moves for summary judgment.

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP

_____

17251 MELFORD BLVD.
SUITE 200
BOWIE, MARYLAND 20715
TELEPHONE: (301) 352-4950
FAX: (301) 352-8691

_____

3930 WALNUT STREET
SUITE 250
FAIRFAX, VIRGINIA 22030
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548

Respectfully submitted,

DeCARO, DORAN, SICILIANO,
GALLAGHER, & DeBLASIS, LLP

By: _____/s/_____
    Mark A. Kohl, #16890
    17251 Melford Boulevard, Suite 200
    Bowie, Maryland  20715
    Tel:   301/352-4950
    Fax:   301/352-8691
    Email: mkohl@decarodoran.com
    *Counsel for Defendant*

## REQUEST FOR ORAL HEARING

The Defendant requests an oral hearing on all issues raised herein.

_____/s/_____
Mark A. Kohl, #16890

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this **23rd** day of **January, 2014**, a copy of the foregoing paper was electronically filed to:

Sharon M. Chambers, Esquire
Hartel, Kane, DeSantis & Howie, LLP
11720 Beltsville Drive, Suite 500
Beltsville, Maryland 20705
*Counsel for Plaintiff*

_____/s/_____
Mark A. Kohl, #16890

I:\Common\WP\L1\MAK\Wal-Mart Cases\Spence v. Wal-Mart\MSJ\MSJ.wpd

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP
_____
17251 MELFORD BLVD.
SUITE 200
BOWIE, MARYLAND 20715
TELEPHONE: (301) 352-4950
FAX: (301) 352-8691
_____
3930 WALNUT STREET
SUITE 250
FAIRFAX, VIRGINIA 22030
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548