IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **VANESSA SPENCE** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Civil Action No. WGC-13-1895 |
| | ) | |
| **WAL-MART STORES EAST, LP,** | ) | |
| d/b/a Wal-Mart | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## ORDER

In accordance with the foregoing Memorandum Opinion, IT IS this 23rd day of September, 2014, by the United States District Court for the District of Maryland, **ORDERED**:

1. That Defendant's Motion for Summary Judgment (Document No. 32) BE, and the same hereby IS, **GRANTED**;

2. That judgment is entered in favor of the Defendant and against the Plaintiff; and

3. That the Clerk **CLOSE** this case.

_____/s/_____
WILLIAM CONNELLY
UNITED STATES MAGISTRATE JUDGE