IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2015 JAN 15 AM 11: 15
CLERK'S OFFICE
AT GREENBELT
BY_____ DEPUTY

Vanessa Spence         *
Plaintiff

vs.                    *    Civil Action No. 8:13-CV-01895-WGC

Walmart Stores East LP *
Defendant

\*\*\*\*\*\*

**NOTICE OF APPEAL**

Notice is hereby given that (fill in names of **all** parties who are appealing) Vanessa Spence_____, plaintiff(s)/defendant(s) in the above captioned case, hereby appeals to the United States Court of Appeals for the Fourth Circuit the (circle one) (order)/judgment entered in this case on 9/23/2014_____.

1/15/15
Date

Signature

Vanessa Spence
Name (Print or Type)

18330 Streamside drive Apt. 101
Address

Gaithersburg MD 20879
City/State/Zip

301-569-3127
Phone No.                                    Fax No.

Notice of Appeal - Civil (Rev. 01/2001)